# HODES, ULMAN, PESSIN & KATZ, P.A.

ATTORNEYS AT LAW
SUITE 400
901 DULANEY VALLEY ROAD
TOWSON, MARYLAND 21204-2600

410-938-8800
Facsimile 410-823-6017
E-mail: Hupk@Hupk.com

Michael C. Hodes
Louis Jay Ulman
David N. Pessin
Gerald M. Katz †
Drake C. Zaharris *
Carl S. Silverman †
Steven A. Allen
Barry Bach
Randall M. Lutz
Michael E. Leaf
Michael P. Donnelly
Stanley J. Neuhauser
Patricia McHugh Lambert
Thomas J. Gisriel
Joseph P. Kempler
Kevin F. Bress
Harry M. Rifkin *
Mary-Dulany James
Lynn A. Lubitz
Kevin J. Mahoney
David S. Harvis
John Carroll Broderick
Emmett W. Ryan
Steven B. Schwartzman *
Andrew H. Vance
Timothy J. Pursel

David A. Cagle
Seema Reznick
Lynn Edwards Brenneman
Natalie Paige Drinkard
Robert D. Porter
Paul E. Mack
Sheri N. Green
S. Scott Tate
Betty S. Diener
Daniele M. Creager

Of Counsel

Thomas J. Zagami
† Bert N. Bisgyer
Charles F. Morgan
Allen D. Greif

* Also Admitted in DC
† Also Admitted in DC and VA

January 23, 2001

**HAND DELIVERED**
The Honorable Benson E. Legg
United States District Court - Northern Division
101 W. Lombard Street - Room 340
Baltimore, Maryland   21201

        Re: Tamika Wilson v. Clariant Corp.
        Case No.: L-00-CV-2353

Dear Judge Legg:

    Donald F. Chiarello, Esquire, counsel for the Plaintiff, Tamika Wilson, in the above-captioned matter has retired. This firm has agreed to represent a number of Mr. Chiarello's former clients.

    At this time, we understand that a Motion to Compel Discovery is pending in this case and a status report was due to be filed on January 18, 2001. We have spoken to Suzzanne Decker, Esq., counsel for Defendant, regarding these matters.

    Due to our recent involvement in this case and our need to meet with Ms. Wilson, we respectfully request that Your Honor provide us with three weeks to get up to speed on this matter. Upon obtaining the approval of Ms. Wilson and evaluating the file, we anticipate entering our appearance and requesting an extension of discovery and motions deadlines in this case. Ms. Decker is agreeable to proceeding in this manner.

    If you have any questions, please give me or Drake Zaharris, Esq., a call.

Sincerely,

Lynn Edwards Brenneman

[Handwritten annotation: Approved. Status report to be due by 2/18/01. B Legg 1/25/01]

cc: Clerk of the Court
    Suzzanne Decker, Esquire
    Drake Zaharris, Esquire
    Ms. Tamika Wilson