IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| TAMIKA WILSON | * | |
| Plaintiff | * | |
| v. | * | CASE NO. L-00-2353 |
| | * | |
| CLARIANT CORPORATION | * | |
| Defendant | * | |

\* \* \* \* \*

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter our appearance as counsel in this case for Tamika Wilson, Plaintiff, and withdraw the appearance of Donald F. Chiarello, Esq.

    We certify that we are admitted to practice in this Court.

 

Drake Zaharris
Federal Bar No. 00205

Lynn Edwards Brenneman
Federal Bar No. 11872
Hodes, Ulman, Pessin & Katz, P.A.
901 Dulaney Valley Road, Suite 400
Towson, Maryland   21204
(410) 938-8800
(410) 938-8806 (fax)

APPROVED THIS 6TH DAY OF March, 2001

BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 2nd day of March, 2001, the foregoing Entry of Appearance was mailed, first class, postage prepaid to: Suzzanne Decker, Esquire, Miles and Stockbridge, P.C., Ten Light Street, Baltimore, Maryland 21202, attorney for Clariant Corporation.

_____
Lynn Edwards Brenneman