IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*ENTERED*
*RECEIVED*
MAR 28 2001
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

| | | |
|---|---|---|
| **TAMIKA WILSON** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. L-00-2353 |
| **CLARIANT CORPORATION** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Joint Motion to Revise the Scheduling Order, no opposition thereto having been filed, it is this _28th_ day of _March_, 2001,

ORDERED that the Motion to Revise the Scheduling Order be and hereby is, GRANTED, and it is further

ORDERED that the following dates now apply thereto:

| | | |
|---|---|---|
| Close of Discovery: | submission of / status report | May 15, 2001 |
| Deadline to Issue Requests for Admissions: | | May 30, 2001 |
| Dispositive Motions Deadline: | | June 15, 2001 |

_/s/ Benson Legg_
Judge Benson Legg
U.S. District Court for the District of Maryland