UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

101 West Lombard Street
Baltimore, Maryland  21201
(410) 962-0723

April 16, 2001

MEMORANDUM TO COUNSEL RE:   Tamika Wilson v.
Clariant Corporation
Civil #L-00-2353

Dear Counsel:

The last status report I received was from Ms. Decker on February 20, 2001. Since then, Mr. Zaharris has entered his appearance for Ms. Wilson.

In her status report, Ms. Wilson requested (i) an extension until April 15th to conclude discovery, (ii) an extension until May 7th to file dispositive motions, and (iii) a favorable ruling on Clariant's motion to compel Ms. Wilson to answer interrogatories and produce documents.

I hereby GRANT defendant's motion to compel. The interrogatories must be answered and documents produced by May 7, 2001.

Discovery is extended until June 8, 2001. Dispositive motions are due by June 21, 2001.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file