IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TAMIKA WILSON | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. L-00-2353 |
| CLARIANT CORPORATION | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, by their respective attorneys, hereby stipulate to the dismissal of the above-action with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

_/s/ Lynn Edwards Brenneman_
Lynn Brenneman, Esquire
Hodes, Ulman, Pessin & Katz
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204

Attorney for Plaintiff Tamika Wilson

_/s/ Stephen M. Silvestri_
Stephen M. Silvestri, Esquire (Bar No. 01950)
Suzzanne W. Decker, Esquire (Bar No. 24007)
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202
(410) 727-6464

Attorneys for Clariant Corporation

APPROVED THIS 15TH DAY OF May, 2001

_/s/ Benson Everett Legg_
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of ~~April~~ may, 2001, a copy of the foregoing **Stipulation of Dismissal with Prejudice** was sent by first class mail, postage prepaid, to:

Lynn Brenneman, Esquire
Hodes, Ulman, Pessin & Katz
901 Dulaney Valley Road, Suite 400
Towson, Maryland 21204
Attorney for Plaintiff Tamika Wilson

_____
Suzzanne W. Decker